## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN W. JENTZ,                                )
                                             )
                     Plaintiff,               )
                                             )
vs.                                           )      No. 10–cv–0474–MJR–PMF
                                             )         (Lead case)
CONAGRA FOODS, INC., and                     )
WEST SIDE SALVAGE, INC.,                      )
                                             )
                     Defendants.              )
                                             )
------- *Consolidated with:* -------          )
                                             )
JUSTIN and AMBER BECKER,                       )
                                             )
                     Plaintiffs,              )
                                             )      No. 10–cv–0952–MJR
vs.                                           )
                                             )
CONAGRA FOODS, INC.,                          )
                                             )
                     Defendant.               )
                                             )
------- *Consolidated with:* -------          )
                                             )
ROBERT SCHMIDT,                               )
                                             )
                     Plaintiff,              )
                                             )      No. 11–cv–0391–MJR
vs.                                           )
                                             )
CONAGRA FOODS, INC., and                     )
WEST SIDE SALVAGE, INC.,                      )
                                             )
                     Defendants.              )

## SECOND AMENDED JUDGMENT

Judgment is entered on the jury verdicts, voluntary dismissals, and Court of
Appeals decision in the above matters, as follows:

A. <u>John W. Jentz vs. ConAgra Foods, Inc.</u>

    1. As to Count I (Negligence) of the Fifth Amended Complaint (Doc. 394),
judgment is entered in favor of Defendant ConAgra Foods, Inc., and
against Plaintiff John W. Jentz.

1

2. As to Count II (Willful & Wanton — Punitive Damages) of the Fifth Amended Complaint (Doc. 394), judgment is entered in favor of Defendant ConAgra Foods, Inc., and against Plaintiff John W. Jentz.

B. <u>John W. Jentz vs. West Side Salvage, Inc.</u>

1. As to Count III (Negligence) of the Fifth Amended Complaint (Doc. 394), the claim was dismissed with prejudice (Doc. 609) on February 4, 2015, pursuant to the terms of the "Release of Judgments and Dismissal of Claims" filed at Doc. 603.

2. As to Count IV (Willful & Wanton — Punitive Damages) of the Fifth Amended Complaint (Doc. 394), judgment is entered in favor of Defendant West Side Salvage, Inc., and against Plaintiff John W. Jentz.

C. <u>Jentz — ConAgra Foods, Inc. vs. West Side Salvage, Inc.: Cross-Claim for Contribution</u>

As to Count III (Contribution) of ConAgra Foods, Inc.'s Cross-Claim for Contribution (Doc. 435), the matter is moot due to the Court of Appeals' order and mandate relieving ConAgra of all liability.

D. <u>Jentz — West Side Salvage, Inc. vs. ConAgra Foods, Inc.: Cross-Claim for Contribution</u>

As to West Side Salvage, Inc.'s Cross-Claim for Contribution (Doc. 419), judgment is entered in favor of Cross-Defendant ConAgra Foods, Inc., and against Cross-Plaintiff West Side Salvage, Inc.

E. <u>Justin Becker vs. ConAgra Foods, Inc.</u>

1. As to Count I (Negligence) of the Sixth Amended Complaint (Doc. 390), judgment is entered in favor of Defendant ConAgra Foods, Inc., and against Plaintiff Justin Becker.

2. As to Count III (Willful & Wanton — Punitive Damages) of the Sixth Amended Complaint (Doc. 390), judgment is entered in favor of Defendant ConAgra Foods, Inc., and against Plaintiff Justin Becker.

F. <u>Amber Becker vs. ConAgra Foods, Inc.</u>

As to Count II (Negligence — Loss of Consortium) of the Sixth Amended Complaint (Doc. 390), judgment is entered in favor of Defendant ConAgra Foods, Inc., and against Plaintiff Amber Becker.

G. <u>Justin & Amber Becker — ConAgra vs. West Side Salvage, Inc.: Third-Party Complaint for Contribution</u>
As to Count III (Contribution) of ConAgra Foods, Inc.'s Amended Third-Party Complaint (Doc. 436), the matter is moot due to the Court of Appeals' order and mandate relieving ConAgra of all liability.

H. <u>Robert Schmidt vs. ConAgra Foods, Inc.</u>

1. As to Count I (Negligence) of the Second Amended Complaint (Doc. 395), judgment is entered in favor of Defendant ConAgra Foods, Inc., and against Plaintiff Robert Schmidt.

2. As to Count II (Willful & Wanton — Punitive Damages) of the Second Amended Complaint (Doc. 395), judgment is entered in favor of Defendant ConAgra Foods, Inc., and against Plaintiff Robert Schmidt.

I. <u>Robert Schmidt vs. West Side Salvage, Inc.</u>

1. As to Count III (Negligence) of the Second Amended Complaint (Doc. 395), the claim was dismissed with prejudice (Doc. 609) on February 4, 2015, pursuant to the terms of the "Release of Judgments and Dismissal of Claims" filed at Doc. 603.

2. As to Count IV (Willful & Wanton — Punitive Damages) of the Second Amended Complaint (Doc. 395), judgment is entered in favor of Defendant West Side Salvage, Inc., and against Plaintiff Robert Schmidt.

J. <u>Schmidt — ConAgra Foods, Inc. vs. West Side Salvage, Inc.: Cross-Claim for Contribution</u>

As to Count III (Contribution) of ConAgra Foods, Inc.'s Second Amended Cross-Claim for Contribution (Doc. 434), the matter is moot due to the Court of Appeals' order and mandate relieving ConAgra of all liability.

K. <u>Schmidt — West Side Salvage, Inc. vs. ConAgra Foods, Inc.: Cross-Claim for Contribution</u>

As to West Side Salvage, Inc.'s Cross-Claim for Contribution (Doc. 421), judgment is entered in favor of Cross-Defendant ConAgra Foods, Inc., and against Cross-Plaintiff West Side Salvage, Inc.

L. ConAgra Foods, Inc. vs. Defendant West Side Salvage, Inc.

As to Count IV (Breach of Contract) of the Amended Third-Party Complaint against West Side Salvage, Inc. (Doc. 436), judgment is entered in favor of Third-Party Plaintiff ConAgra Foods, Inc., and against Defendant West Side Salvage, Inc., in the amount of **$3,000,000.00**.

M. Becker — ConAgra Foods, Inc. v. Justin & Amber Becker: Counterclaim for Setoff

As to Defendant ConAgra Foods, Inc.'s Counterclaim for Setoff (Doc. 349), the matter is moot due to the Court of Appeals' order and mandate relieving ConAgra of all liability.

N. Jentz & Schmidt — ConAgra Foods, Inc. vs. John W. Jentz & Robert Schmidt; West Side Salvage, Inc. vs. John W. Jentz & Robert Schmidt: Counterclaim for Setoff

As to Defendant ConAgra Foods, Inc.'s and West Side Salvage, Inc.'s Counterclaims for Setoff (Docs. 348 and 372, respectively), judgment is entered in favor of Defendant West Side Salvage, Inc., for a setoff in an amount equal to the amount of the past and future workers' compensation liens, which were waived by John Jentz's and Robert Schmidt's employer (A&J Bin Cleaning, LLC) as described in its Motion to Dismiss (Doc. 316), against Plaintiffs John W. Jentz and Robert J. Schmidt. As to ConAgra Foods, Inc., the matter of a setoff is moot due to the Court of Appeals' order and mandate relieving ConAgra of all liability.

Entered this 19th day of March, 2015.

JUSTINE FLANAGAN,
Acting Clerk of Court
s/ Debbie DeRousse
Deputy Clerk

MICHAEL J. REAGAN
Chief Judge

4